```
 1  MICHELLE B. HEVERLY, Bar No. 178660
    E-Mail: mheverly@littler.com
 2  TODD K. BOYER, Bar No. 203132
    E-Mail: tboyer@littler.com
 3  LITTLER MENDELSON
    A Professional Corporation
 4  50 West San Fernando Street, 14th Floor
    San Jose, CA 95113.2303
 5  Telephone:   408.998.4150
    Facsimile:   408.288.5686
 6
    Attorneys for Defendant
 7  LOCKHEED MARTIN CORPORATION
```

ADR

E-FILING

FILED

2007 OCT 10  P 2: 49

RICHARD W. WIEKING 
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>    Defendants. | Case No. C07 05190 RS<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST (Civ LR 3-16) |

Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (List names and identify their connection and interest:

Defendant Lockheed Martin Corporation is publicly traded (NYSE: LMT). It does not have a parent corporation. State Street Bank and Trust Company, the principal bank subsidiary of State Street Corporation (NYSE: SST), and U.S. Trust, Bank of America Wealth Management, a subsidiary of Bank of America Corporation (NYSE: BAC), both primarily as co-fiduciaries for certain Lockheed Martin Corporation employee benefit plans, each hold more than 10% of Lockheed

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83251874.1 051770.1004

NOTICE OF PARTY WITH FINANCIAL INTEREST (CIV LR 3-16)

1  Martin Corporation's stock. No other person or entity owns more than 10% of Lockheed Martin
2  Corporation's stock.

3   Defendant General Dynamics Corporation is publicly traded (NYSE: GD). It does
4  not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:   October 10, 2007

MICHELLE B. HEVERLY
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83251874.1 051770.1004
NOTICE OF PARTY WITH FINANCIAL INTEREST (CIV LR 3-16)

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 10, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE OF PARTY WITH FINANCIAL INTEREST

in a sealed envelope, postage fully paid, addressed as follows:

Stanley G. Hilton, Esq.
Law Offices of Stanley G. Hilton
580 California Street, Suite 500
San Francisco, CA 94014

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 10, 2007, at San Jose, California.

_____
Mary A. Jones

Firmwide:83240246.1 051770.1004

PROOF OF SERVICE