1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:     408.288.5686
6
7  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　　Defendants. | Case No.  C07 05190 RS<br><br>**NOTICE OF WITHHOLDING OF CONSENT AND OBJECTION TO ASSIGNMENT TO MAGISTRATE JUDGE AND REQUEST FOR RE-ASSIGNMENT TO DISTRICT JUDGE**<br><br>**COMPLAINT FILED: AUGUST 14, 2007** |

TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 636(c)(2) and Northern District General Order No. 44(N)(1)(d), Defendant Lockheed Martin Corporation hereby serves notice that it does not consent and hereby objects to the assignment of this action to a Magistrate Judge for all purposes.  Defendant requests that the Court Clerk re-assign the action to a District Judge in accordance with 28 U.S.C. § 636(c)(2), Northern District Local Civil Rule 3–3, and Northern District General Order No. 44(N)(1)(d), and without adverse substantive consequences.

Dated:   October 11, 2007

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　MICHELLE B. HEVERLY
　　　　　　　　　　　　　　　　　　TODD K. BOYER
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　LOCKHEED MARTIN CORPORATION

FIRMWIDE:83245712.1 051770.1004

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

NOTICE OF W/HLDG OF CNS. & OBJ. TO ASGN TO MAG. JDG & REQ FOR RE-ASGN TO DIST JUDGE