1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

5

**EMILIO COLLADO,**                                            **C 07-05190 RS**

6

7

        **Plaintiff(s),**

**CLERK'S NOTICE OF
IMPENDING REASSIGNMENT
TO A UNITED STATES
DISTRICT JUDGE**

8

**VS.**

9

10

**LOCKHEED MARTIN,**

        **Defendant(s).**

11

_____

12

13

14

      The Clerk of this Court will now randomly reassign this case to a United

States District Judge because one or more of the parties has requested reassignment to

a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

15

16

17

18

19

20

      PLEASE TAKE NOTICE that a Case Management Conference in the above-

entitled matter which was previously set for January 30, 2008 before the Honorable

Judge Richard Seeborg has been continued to **January 30, 2008 @ 10:30 a.m.,** before

the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the

U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a

Joint Case Management Statement on January 20, 2008.

21

22

23

24

      If the above-entitled matter settles counsel are required to notify the Court

by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off

calendar.

25

26

Dated: October 12, 2007                    RICHARD W. WIEKING,
                                 Clerk of Court

27

                          /s/_____
                                  Martha Parker Brown
                                  Deputy Clerk

28