MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail: tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>          Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>          Defendants. | Case No. CV 07-05190 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND TO STRIKE PURSUANT TO FED. R. CIV. P. 12(b)6; 12(f)**<br><br>Date: November 30, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Courtroom: 3, 5th Floor |

1.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>    Defendants. | Case No.  CV 07-05190 JF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND TO STRIKE PURSUANT TO FED. R. CIV. P. 12(b)6; 12(f)**<br><br>Date:     November 30, 2007<br>Time:    9:00 a.m.<br>Judge:   Hon. Jeremy Fogel<br>Courtroom: 3, 5th Floor |

        Lockheed Martin Corporation's ("Defendant") motion to dismiss Plaintiff Emilio Collado's ("Plaintiff") Fifth Cause of Action pursuant to Federal Rule of Civil Procedure 12(b)(6), and motion to strike certain allegations in Plaintiff's Complaint under Federal Rule of Civil Procedure 12(f) came on regularly for hearing before this Court on November 30, 2007.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED:

        (1)     Defendant's motion to dismiss Plaintiff's Fifth Cause of Action for a breach of the implied covenant of good faith and fair dealing on the grounds that Plaintiff failed to state a

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED;

(2) Defendant's Fed. R. Civ. P. 12(f) motion to strike the allegations contained in Paragraphs 15, 22, and 53 of Plaintiff's Complaint alleging race, national origin and ethnicity discrimination, in violation of the Fair Employment and Housing Act "FEHA" on the grounds that these claims are time-barred under California Government Code section 12965(b) is GRANTED;

(3) Defendant's Fed. R. Civ. P. 12(f) motion to strike the allegations contained in Paragraphs 15, 22, 34, and 53 of Plaintiff's Complaint alleging race, national origin and ethnicity discrimination, in violation of the FEHA on the grounds that Plaintiff fails to plead sufficient notice of the claims under Fed. R. Civ. P. 8(a)(2) is GRANTED;

(4) Defendant's Fed. R. Civ. P. 12(f) motion to strike Plaintiff's claims for emotional distress on his third and fifth causes of action on the ground that tort damages are not recoverable on contract based claims is GRANTED.

IT IS SO ORDERED.

DATED:_____

_____
HON. JEREMY FOGEL

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND TO STRIKE PURSUANT TO FED. R. CIV. P. 12(B)6; 12(F)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150