1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
5  Telephone:  408.998.4150
   Facsimile:   408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  EMILIO COLLADO,                          Case No. C07 05190 JF

13             Plaintiff,                    DEFENDANT'S REPLY BRIEF AND
                                             NOTICE OF PLAINTIFF'S NON-
14       v.                                  OPPOSITION TO DEFENDANT'S
                                             MOTION TO DISMISS AND TO STRIKE
15  LOCKHEED MARTIN, and DOES 1              PURSUANT TO FED. R. CIV. P. 12(b)6;
    THROUGH 20, inclusive,                   12(f)
16
               Defendants.
17
                                             Date: November 30, 2007
18                                           Time: 9:00 a.m.
                                             Judge: Hon. Jeremy Fogel
19                                           Courtroom: 3, 5th Floor

20       On October 15, 2007, Defendant Lockheed Martin Corporation (erroneously sued as

21  "Lockheed Martin") filed its Motion to Dismiss and Strike Portions of Plaintiff Emilio Collado's

22  ("Plaintiff") Complaint, and set the hearing related to its Motion for November 30, 2007. Pursuant

23  to Northern District Local Rule 7-3(a), Plaintiff's opposition papers were due to be filed and served

24  "not less than 21 days before the hearing date." Given the November 30 date set for hearing,

25  Plaintiff's opposition papers were due by Friday, November 9, 2007.

26       As of the date of this Reply, Lockheed Martin has not received any opposition papers

27  or a statement of non-opposition from Plaintiff, nor does the Court's docket reveal that any

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

1.
DEFENDANT'S NOT. OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS/STRIKE

2.

opposition has been filed. Consequently, Lockheed Martin respectfully requests that this Court deem Plaintiff's failure to file an opposition to Defendant's motion as consent to the granting of the instant Motion.

Additionally, for the reasons set forth in its moving papers, Lockheed Martin respectfully requests that this Court grant its Motion to strike portions of Plaintiff Emilio Collado's Complaint alleging race and national origin discrimination and to strike all allegations of emotional distress from Plaintiff's third and fifth causes of action, for breach of contract and breach of an implied covenant, respectively. Defendant further requests the Court grant its motion to dismiss Plaintiff's fifth cause of action for breach of the covenant of good faith and fair dealing.

Dated: November 16, 2007

/s/ Todd K. Boyer
MICHELLE B. HEVERLY
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Firmwide:83642561.1 051770.1004

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.
DEFENDANT'S NOT. OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS/STRIKE