# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNIA

November 26, 2007

Todd K. Boyer
Direct: 408.795.3410
Direct Fax: 408.288.5686
tboyer@littler.com

COLORADO

**VIA E-MAIL/E-FILING**

DISTRICT OF
COLUMBIA

Hon. Jeremy Fogel
United States District Judge
Northern District of California
280 South First Street
San Jose, CA 95113

GEORGIA

Re: *Emilio Collado v. Lockheed Martin Corporation*, Case No. C07 05190 JF – Defendant's Motion to Strike/Dismiss Set For Hearing on November 30, 2007

ILLINOIS

Dear Judge Fogel:

Defendant Lockheed Martin Corporation currently has its motion to dismiss and strike allegations from Plaintiff Emilio Collado's complaint set for hearing on November 30 at 10:30 a.m. Plaintiff has agreed to enter into a stipulation with Defendant which would allow Plaintiff to amend his complaint while removing the allegations and causes of action which Defendant moved to strike/dismiss in its motion. We expect to file the stipulation with the Court for its approval shortly.

MARYLAND

MINNESOTA

In the interim, Defendant respectfully requests that the hearing on its motion to dismiss and strike be taken off calendar so that the parties have an opportunity to draft the stipulation and the Court has an adequate opportunity to review the stipulation after it is filed. In the event that the parties cannot agree on the language for the stipulation, Defendant will so inform the Court and ask that its motion be placed back on the Court's law and motion calendar for hearing.

NEVADA

Yours very truly,

NEW JERSEY

Todd K. Boyer

NEW YORK

cc: Stanley Hilton, Esq.
    Law Offices of Stanley G. Hilton
    580 California Street, Suite 500
    San Francisco, CA 94014
    Counsel for Plaintiff, Emilio Collado

TEXAS

Firmwide:83696629.1 051770.1004

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠

50 West San Fernando Street, 14th Floor, San Jose, California 95113  Tel: 408.998.4150  Fax: 408.288.5686  www.littler.com