1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6
7  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  EMILIO COLLADO,                    Case No.  C07 05190 JF

13              Plaintiff,             STIPULATION TO ALLOW PLAINTIFF
                                       TO FILE FIRST AMENDED COMPLAINT
14       v.                            AND [PROPOSED] ORDER

15  LOCKHEED MARTIN, and DOES 1
    THROUGH 20, inclusive,

16              Defendants.

17

18       The Parties to the above-captioned matter, by and through there attorneys, Stanley

19  Hilton, Esq., attorney for Plaintiff, EMILIO COLLADO, and Todd K. Boyer, attorney for

20  Defendant, LOCKHEED MARTIN CORPORATION, stipulate and agree as follows:

21  **RECITALS**

22       Whereas, Defendant LOCKHEED MARTIN has filed a Motion to Dismiss and

23  Motion to Strike that is scheduled to be heard on November 30, 2007.  In its motion, Defendant

24  moved to dismiss Plaintiff's fifth cause of action for breach of the covenant of good faith and fair

25  dealing, under Federal Rule of Civil Procedure 12(b)(6).  Additionally, Defendant moved under

26  Federal Rule of Civil Procedure 12(f), to strike portions of Plaintiff Emilio Collado's Complaint

27  alleging race and national origin discrimination, and moved for an order striking all allegations of

28  emotional distress from Plaintiff's third and fifth causes of action, for breach of contract and breach

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1    of an implied covenant, respectively.

2            Whereas, Plaintiff and Defendant have agreed that the relief sought by Defendant's

3    Motion to Dismiss and Motion to Strike is appropriate and thus no hearing is necessary.

4    Accordingly, the parties agree that the matter should be taken off calendar, and also jointly request

5    that the Court permit Plaintiff to file a First Amended Complaint.  Plaintiff agrees that the First

6    Amended Complaint shall cure all the defects raised in Defendant's motion, and that none of the

7    allegations or causes of action which Defendant moved to dismiss or strike as enumerated in its

8    moving papers will be contained in the First Amended Complaint.

9                    **The Parties hereby further stipulate and agree as follows:**

10           1.      The parties stipulate to take Defendant's Motion to Dismiss and Strike

11   currently set for hearing on November 30, 2007 at 10:30 a.m. off calendar pending the filing of

12   Plaintiff's First Amended Complaint.

13           2.      The parties stipulate to allow Plaintiff to file a First Amended Complaint.

14   Plaintiff agrees to draft and file the First Amended Complaint within twenty (20) days of the date

15   this Stipulation and Order is executed by all parties and signed by the Court.

16           3.      The parties stipulate and agree that Plaintiff's First Amended Complaint shall

17   not contain any of the allegations or causes of action which Defendant moved to strike or dismiss in

18   its Motion to Dismiss and Strike.  Specifically, the First Amended Complaint shall not contain or

19   make any reference to allegations of national origin or race discrimination, nor shall it contain a

20   cause of action for breach of the implied covenant of good faith and fair dealing.  Additionally, the

21   parties stipulate that the First Amended Complaint shall not contain any claim for emotional distress

22   suffered as a result of any breach of contract.

23           4.      The parties further agree that this stipulation allowing Plaintiff to file a First

24   Amended Complaint is conditioned on Plaintiff's agreement to remove the allegations and cause of

25   action which Defendant moved to dismiss and strike by way of its Motion to Dismiss and/or Strike.

26   The parties also stipulate that neither the First Amended Complaint nor any amended complaint

27   thereafter shall contain the allegations and cause of action which Defendant moved to dismiss and

28   strike in its Motion to Dismiss and/or Strike.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113-2303
408.998.4150

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

1         5.    The parties stipulate that should the First Amended Complaint or any other

2    amended complaint contain any of the allegations or causes of action which Defendant moved to

3    dismiss and/or strike as enumerated above, that the Court should dismiss or strike those allegations

4    or causes of action from the First Amended Complaint without need for further notice or briefing.

5         6.    The parties stipulate Defendant shall have twenty (20) days to file a

6    responsive pleading from the date Plaintiff electronically files his First Amended Complaint.

7

8    Dated: November 27, 2007          _____/s/_____

9                       STANLEY HILTON, Esq.
                        Attorney for Plaintiff

10                      EMILIO COLLADO

11   Dated: November 27, 2007          _____/s/_____

12                      TODD K. BOYER
                        LITTLER MENDELSON, P.C.

13                      A Professional Corporation
                        Attorney for Defendant

14                      LOCKHEED MARTIN CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

1

2

## <u>ORDER</u>

3          GOOD CAUSE APPEARING AND UPON STIPULATION OF THE PARTIES, IT

4 IS ORDERED that Defendant's Motion to Dismiss and Strike will be taken off calendar and Plaintiff

5 will be allowed to file a First Amended Complaint which shall not contain the allegations and/or

6 causes of action which Defendant moved to strike and/or dismiss in its Motion.  The Court orders

7 that any amended complaint which contains makes reference to allegations of national origin or

8 racial discrimination, or contains a cause of action for breach of the implied covenant of good faith

9 and fair dealing shall have those allegations stricken from the Complaint without any additional

10 notice to or briefing by the parties.  Plaintiff will have twenty (20) days from the date of my

11 signature on this Order to serve and file his First Amended Complaint.  Defendant shall have twenty

12 (20) days after the electronic filing of the First Amended Complaint to file a responsive pleading.

13

14 Dated: _____, 2007    _____

15                                                        HONORABLE JEREMY FOGEL
                                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**