MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail: tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>    Defendants. | Case No.  C07 05190 JF<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

      NOTICE IS HEREBY GIVEN that effective December 17, 2007, the new address (floor change only) of Defendant LOCKHEED MARTIN CORPORATION'S attorneys of record, Michelle B. Heverly and Todd K. Boyer of Littler Mendelson, is as follows:

      Michelle B. Heverly, Esq.
      Todd K. Boyer, Esq.
      Littler Mendelson
      50 West San Fernando Street, 15th Floor
      San Jose, CA  95113-2431
      Tel:  (408) 998-4150
      Fax:  (408) 228-5686

FIRMWIDE:83869090.1 051770.1004

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

1 | Dated: December 17, 2007

        /s/    Todd K. Boyer
MICHELLE B. HEVERLY
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83869090.1 051770.1004

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**