| | |
|---|---|
| 1 | MICHELLE B. HEVERLY, Bar No. 178660 |
| | E-Mail:  mheverly@littler.com |
| 2 | TODD K. BOYER, Bar No. 203132 |
| | E-Mail:  tboyer@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 50 West San Fernando Street |
| | 15th Floor |
| 5 | San Jose, CA  95113.2303 |
| | Telephone:    408.998.4150 |
| 6 | |
| 7 | Attorneys for Defendant |
| | LOCKHEED MARTIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  C-07 05190 JF<br><br>**ADR CERTIFICATION BY DEFENDANT LOCKHEED MARTIN CORPORATION AND DEFENDANT'S COUNSEL** |

ADR CERT (NO. C-07 05190 JF)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 305(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: January 18, 2008                 /s/ *Dion Asuncion*
                                        DION ASUNCIÓN
                                        For Defendant LOCKHEED MARTIN CORPORATION

Dated: January 18, 2008                 /s/ *Todd K. Boyer*
                                        TODD K. BOYER
                                        Attorney for Defendant
                                        LOCKHEED MARTIN CORPORATION

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ADR CERT (NO. C-07 05190 JF)                 2.

# DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Todd K. Boyer, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am an associate in the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant Lockheed Martin Corporation.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I possess an original or reproduced copy of the signatures of all of the signatories to this document listed above, and will maintain the signatures on file for production to the Court, if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on January 18, 2008, at San Jose, California.

                                                /s/ *Todd K. Boyer*
                                                TODD K. BOYER

Firmwide:84077820.1 051770.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ADR CERT (NO. C-07 05190 JF)       3.