| | |
|---|---|
| 1 | MICHELLE B. HEVERLY, Bar No. 178660 |
| | E-Mail:  mheverly@littler.com |
| 2 | TODD K. BOYER, Bar No. 203132 |
| | E-Mail:  tboyer@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 50 West San Fernando Street |
| | 15th Floor |
| 5 | San Jose, CA  95113.2303 |
| | Telephone:     408.998.4150 |

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO, | Case No.  C-07 05190 JF |
| Plaintiff, | **ADR STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

ADR STIP (NO.  C-07 05190 JF)

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration         ☒ Early Neutral Evaluation (ENE)         ☐ Mediation

The parties request that the early neutral evaluator be familiar with the California and Federal employment laws.

The parties agree to hold the ADR session by:

☒ After the parties have had an opportunity to serve initial written discovery and Defendant has had an opportunity to take the deposition of Plaintiff.

Dated: January 22, 2008    *//s// Stanley G. Hilton*
                           Stanley G. Hilton
                           Attorney for Plaintiff

Dated: January 22, 2008    *//s// Todd K. Boyer*
                           Todd K. Boyer
                           Attorney for Defendant

IT IS SO ORDERED:

Dated: _____    _____
                         HON. JEREMY FOGEL
                         UNITED STATES DISTRICT JUDGE

ADR STIP (NO. C-07 05190 JF)                 1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150