MICHELLE B. HEVERLY, Bar No. 178660
TODD K. BOYER, Bar No. 203132
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

STANLEY G. HILTON, Bar No. 65990
LAW OFFICES OF STANLEY G. HILTON
580 California St., Suite 500
San Francisco, CA 94104
Tel: (415) 786-4821
FAX 415 439 4963
E MAIL: stavros3589@aol.com

Attorney for Plaintiff
EMILIO COLLADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>             Plaintiff,<br><br>     v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>             Defendants. | Case No. C-07 05190 JF<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE SCHEDULING ORDER**<br><br>Date:  February 1, 2008<br>Time:  10:30 a.m.<br>Judge: Hon. Jeremy Fogel<br>Courtroom: 3, 5th Floor<br><br>Trial Date: None |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Defendant Lockheed Martin Corporation ("Lockheed Martin") and Plaintiff Emilio Collado hereby file this Case Management Conference Statement and request the Court to adopt it as its Case Management Order in this case.

JOINT CASE MANAGEMENT CONF.
STATEMENT (C-07 05190 JF)

Defendant Lockheed Martin Corporation is represented by Michelle B. Heverly and Todd K. Boyer8, both of Littler Mendelson, PC. Plaintiff Emilio Collado is represented by Stanley G. Hilton, Law Offices of Stanley G. Hilton.

**A.    Jurisdiction and Service**

Plaintiff Emilio Collado filed this matter in the Santa Clara County Superior Court on August 14, 2007. On October 10, 2007, Defendant Lockheed Martin timely removed the case to this Court on the basis of diversity jurisdiction. After Defendant filed its motion to dismiss and strike portions of Plaintiff's complaint, the parties stipulated to allow Plaintiff to file a First Amended Complaint. On January 3, 2008, Plaintiff filed his First Amended Complaint in this Court and Defendant filed its Answer to Plaintiff's First Amended Complaint on January 22, 2008.

**B.    Facts**

In his First Amended Complaint, Plaintiff claims that he was wrongfully terminated on the basis of his disability, that Defendant breached an implied employment contract, and that Defendant caused him emotional distress, all in connection with his employment with Defendant Lockheed Martin and his termination from employment. Defendant denies Plaintiff's allegations, and alleges that Plaintiff was properly terminated.

**C.    Factual And Legal Issues**

1. Whether Plaintiff was employed by Defendant pursuant to an employment agreement requiring anything other than at-will employment.

2. What the terms were of the alleged employment agreement.

3. Whether Defendant maintained a progressive discipline policy applicable to Plaintiff's employment.

4. Whether Defendant engaged in a practice of not terminating employees except for good cause.

5. Whether Defendant's actions breached the alleged employment agreement between it and Plaintiff.

6. Whether Plaintiff's termination violated the terms of his alleged employment agreement.

7. Whether Plaintiff suffered damages as a result of any breach of the alleged employment agreement.

8. Whether Defendant discriminated against Plaintiff on the basis of his

disability.

9. Whether Plaintiff's termination was improperly based on his disability.

10. Whether Defendant caused Plaintiff damages by terminating his employment or whether any damages suffered by Plaintiff were because of his own misconduct.

11. Whether Plaintiff engaged in misconduct warranting termination during his employment with Lockheed Martin Corporation.

12. Whether Defendant engaged in a good faith and reasonable investigation prior to terminating Plaintiff's employment.

### D. Motions

On October 15, 2007, Defendant filed a motion to dismiss Plaintiff's Fifth Cause of action for breach of the implied covenant of good faith and fair dealing, and strike the allegations in Plaintiff's complaint related to race and national origin discrimination as well as allegations of emotional distress related to Plaintiff's claim for breach of contract. Plaintiff agreed to amend his complaint to remove the allegations on which Defendant moved to dismiss and/or strike and filed an amended Complaint on January 3, 2008. Defendant intends to file a Motion for Summary Judgment once discovery is completed.

### E. Amendment of Pleadings

The parties do not intend to amend their pleadings, however, if a party needs to amend, the parties request a deadline of March 1, 2008.

### F. Evidence Preservation

Defendant suspended the routine destruction of electronically stored information to preserve evidence relevant to the issues reasonably evident in this action, and has preserved the information for production to Plaintiff, if necessary. Defendant has also secured, on a separate server, relevant electronic documents and other information currently in existence.

### G. Disclosures

Pre-Discovery Disclosures: The will exchange initial disclosures required by Fed. R. Civ .P. 26(a)(1) on February 15, 2008.

### H. Discovery

The parties propose to the court the following discovery plan:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (NO. C-07 05190 JF)    3.

1. **Plaintiff's Discovery Plan.**

Plaintiff believes that discovery will be needed on the following subjects:

    a. Whether Plaintiff was discriminated against on the basis of his disability.

    b. Whether Plaintiff's supervisor was aware of Plaintiff's disability.

    c. Whether Plaintiff's termination was pretextual.

    d. The attitude of Defendant towards disabled employees.

2. **Defendant's Discovery Plan.**

Defendant believes that discovery will be needed on the following subjects:

    a. Plaintiff's job performance.

    b. The circumstances surrounding the misconduct that resulted in Plaintiff's termination from employment.

    c. Plaintiff's mitigation efforts.

    d. All issues to be raised in Defendant's answer and affirmative defenses.

3. No limitation on Request for Admissions by each party to any other party.

4. Maximum of three (3) depositions by Plaintiff and three (3) by Defendant.

5. Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties. Defendant anticipates that it will need more than seven (7) hours to complete the deposition of Plaintiff, and requests that the Court grant additional time.

6. **Electronic Discovery**.

The parties will produce all electronically stored information in paper form unless the requesting party specifically requests the information in another form.

**I.  Related Cases**

There are no related cases.

**J.  Relief**

Plaintiff seeks monetary damages in the following amounts: $3 million in compensatory and punitive damages. Plaintiff also seeks reinstatement.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (NO. C-07 05190 JF)   4.

**K.     Settlement Alternative Dispute Resolution**

The parties have filed a Stipulation and Proposed Order Selecting an ADR process, and the parties agreed on participating in the Court sponsored early neutral evaluation.

**L.     Consent to Magistrate Judge for All Purposes**

The parties do not consent to assignment of this case to a Magistrate Judge for trial.

**M.     Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**N.     Narrowing of Issues**

The issues in this case cannot be narrowed by agreement. The parties will meet and confer prior to trial to attempt to expedite the admission of evidence through stipulation.

**O.     Expedited Schedule**

The parties do not believe this case is suitable for an expedited schedule.

**P.     Scheduling**

Defendant requests the following case schedule:

- 11/14/08 - All non-expert discovery shall cut off.
- 12/03/08 - Disclosure and production of initial reports from retained experts for the parties under Fed. R. Civ. P. 26(a)(2) are to be served.
- 12/12/08 - Supplementary expert disclosure and reports to be served.
- 01/16/09 - Expert discovery shall cut-off.
- 03/27/09 – Deadline to file any dispositive motion.

**Q.     Trial**

Defendant requests a trial date of July 20, 2009. Plaintiff requests a trial date in October 2008. Defendant does not believe that discovery will be completed by that date. The parties estimate the length of trial to be five to seven days.

**R.     Disclosure of Non-Party Interested Entities or Persons**

Defendant has filed its "Certification of Interested Entities or Persons" as required by

JOINT CASE MANAGEMENT CONF.
STATEMENT (NO. C-07 05190 JF)                5.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

Civil Local Rule 3-16. Defendant restates that it is not aware of any persons or entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: January 22, 2008

          /s/ *Stanley G. Hilton*
STANLEY G. HILTON
LAW OFFICES OF STANLEY G. HILTON
Attorneys for Plaintiff
EMILIO COLLADO

Dated: January 22, 2008

          /s/ *Michelle B. Heverly*
MICHELLE B. HEVERLY
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

-o0o-

**ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:_____

_____

_____.

Dated: February _____, 2008

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Firmwide:84087932.1 051770.1004

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT CASE MANAGEMENT CONF.
STATEMENT (NO. C-07 05190 JF)         6.