\*\*E-filed 1/24/08\*\*

1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street
   15th Floor
5  San Jose, CA  95113.2303
   Telephone:   408.998.4150
6
7  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO, | Case No.  C-07 05190 JF |
| Plaintiff, | **ADR STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

ADR STIP (NO.  C-07 05190 JF)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

1 | The parties stipulate to participate in the following ADR process:

2 | **Court Processes:**

3 | ☐ Arbitration ☒ Early Neutral Evaluation (ENE) ☐ Mediation

4 | The parties request that the early neutral evaluator be familiar with the California and

5 | Federal employment laws.

6 | The parties agree to hold the ADR session by:

7 | ☒ After the parties have had an opportunity to serve initial written discovery and

8 | Defendant has had an opportunity to take the deposition of Plaintiff.

10 | Dated: January 22, 2008   *//s// Stanley G. Hilton*
11 | Stanley G. Hilton
    | Attorney for Plaintiff

13 | Dated: January 22, 2008   *//s// Todd K. Boyer*
14 | Todd K. Boyer
    | Attorney for Defendant

17 | IT IS SO ORDERED:

19 | Dated: 1/24/08   _____
    | HON. JEREMY FOGEL
20 | UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

ADR STIP (NO. C-07 05190 JF)   1.