**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 1, 2008
**Case Number:** CV-07-5190-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **EMILIO COLLADO V. LOCKHEED MARTIN**

**PLAINTIFF**                                        **DEFENDANT**

**Attorneys Present:**                               **Attorneys Present:**   Todd Boyer

---

PROCEEDINGS:
    Case management conference held.  Counsel for defendant is present.
    Continued to 5/2/08 at 10:30 a.m for further case management conference.