# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Collado,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Lockheed Martin,<br><br>　　　　　　Defendant(s). | 07-05190 JF ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　ADR Unit has received an objection to the appointment of Thomas M. Gosselin to serve as the Evaluator in this matter; therefore, Mr. Gosselin's appointment is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: February 26, 2008

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　by:　Claudia M. Forehand

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ADR Case Administrator
　　　　　　　　　　　　　　　　　　　　415-522-2059
　　　　　　　　　　　　　　　　　　　　Claudia_Forehand@cand.uscourts.gov