# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Collado,<br><br>        Plaintiff(s),<br><br>v.<br><br>Lockheed Martin,<br><br>        Defendant(s). | 07-05190 JF ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Kenneth C. Bryant**
> Bryant Arbitration and Mediation
> P.O. Box 20277
> San Jose, CA 95160-0277
> 408-268-8175

    Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05190 JF ENE                                               - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: March 4, 2008

5
RICHARD W. WIEKING
Clerk
6  by:    Claudia M. Forehand

7 

8  ADR Case Administrator
415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**