| | |
|---|---|
| 1 | MICHELLE B. HEVERLY, Bar No. 178660 |
|  | E-Mail: mheverly@littler.com |
| 2 | TODD K. BOYER, Bar No. 203132 |
|  | E-Mail: tboyer@littler.com |
| 3 | NATHALIE A. LE NGOC, Bar No. 254376 |
|  | E-Mail: nlengoc@littler.com |
| 4 | LITTLER MENDELSON |
|  | A Professional Corporation |
| 5 | 50 West San Fernando Street |
|  | 15th Floor |
| 6 | San Jose, CA  95113.2303 |
|  | Telephone:   408.998.4150 |
| 7 | |
|  | Attorneys for Defendant |
| 8 | LOCKHEED MARTIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO, | Case No.  C-07 05190 JF |
| Plaintiff, | **DEFENDANT LOCKHEED MARTIN'S NOTICE OF SETTLEMENT** |
| v. | |
| LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

DEFENDANT'S NOTICE OF SETTLEMENT
(NO.  C-07 05190 JF)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

1  Defendant Lockheed Martin Corporation, on behalf of all parties, hereby notifies the
2  Court that the parties have reached a settlement in the above-referenced action.  Upon completion
3  and execution of a written settlement agreement, the parties intend to file with the Court a stipulation
4  and order for dismissal of the action.

6  Dated: April 24, 2008

8                                         //s// *Todd K. Boyer*
   TODD K. BOYER
9  LITTLER MENDELSON
   A Professional Corporation
10 Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION

12 Firmwide:85021514.1 051770.1004

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

DEFENDANT'S NOTICE OF SETTLEMENT
(NO.  C-07 05190 JF)