1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  NATHALIE A. LE NGOC, Bar No. 254376
   E-Mail: nlengoc@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 West San Fernando Street
   15th Floor
6  San Jose, CA 95113.2303
   Telephone: 408.998.4150
7
   Attorneys for Defendant
8  LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EMILIO COLLADO, | Case No. C-07 05190 JF |
|---|---|
| Plaintiff, | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

STIPULATED DISMISSAL
(NO. C-07 05190 JF)                -1-

1  WHEREAS the parties to this action have fully and finally resolved all issues set
2  forth in this case. IT IS HEREBY STIPULATED by and between the parties to this action that the
3  above-captioned action be and hereby is dismissed <u>with prejudice</u> as to all Defendants pursuant to
4  Fed. R. C. P. 41(a)(1). IT IS FURTHER STIPULATED by and between the parties that each party
5  shall bear their own attorneys' fees and costs of suit.

DATED: May 6, 2008

_____
STANLEY G. HILTON
Attorneys for Plaintiff
EMILIO COLLADO

DATED: May 6, 2008

_____
TODD K. BOYER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
LOCKHEED MARTIN
CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATED DISMISSAL
(NO. C-07 05190 JF)                    -1-

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EMILIO COLLADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　Defendants. | Case No.  C-07 05190 JF<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

### ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

DATED: _____    _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Firmwide:85077054.1 051770.1004

[PROPOSED] ORDER RE DISMISSAL
(NO. C-07 05190 JF)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150