1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  NATHALIE A. LE NGOC, Bar No. 254376
   E-Mail: nlengoc@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 West San Fernando Street
   15th Floor
6  San Jose, CA  95113.2303
   Telephone:    408.998.4150
7
   Attorneys for Defendant
8  LOCKHEED MARTIN CORPORATION

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13  EMILIO COLLADO,                    | Case No.  C-07 05190 JF
                                        |
14                Plaintiff,            | **STIPULATED DISMISSAL OF ACTION
                                        | WITH PREJUDICE AND [PROPOSED]
15       v.                             | ORDER DISMISSING ENTIRE ACTION
                                        | WITH PREJUDICE**
16  LOCKHEED MARTIN, and DOES 1
    THROUGH 20, inclusive,
17
                  Defendants.
18

WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case. IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed <u>with prejudice</u> as to all Defendants pursuant to Fed. R. C. P. 41(a)(1). IT IS FURTHER STIPULATED by and between the parties that each party shall bear their own attorneys' fees and costs of suit.

DATED: May 6, 2008

_____
STANLEY G. HILTON
Attorneys for Plaintiff
EMILIO COLLADO

DATED: May 6, 2008

_____
TODD K. BOYER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

STIPULATED DISMISSAL
(NO. C-07 05190 JF)                -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EMILIO COLLADO, | Case No. C-07 05190 JF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| v. | |
| LOCKHEED MARTIN, and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

### ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

DATED: 5/9/08

_____
Hon. Jeremy Fogel
United States District Judge

Firmwide:85077054.1 051770.1004

[PROPOSED] ORDER RE DISMISSAL
(NO. C-07 05190 JF)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150